IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| DERRICK SMITH, | * | |
| | * | |
| Plaintiff, | * | Case No. 3:17-CV-00054 |
| | * | |
| v. | * | |
| | * | |
| BOSLEY MEDICAL INSTITUTE | * | |
| d/b/a BOSLEY HAIR SYSTEMS, | * | |
| | * | |
| Defendant. | * | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Derrick Smith and Defendant Bosley, Inc. (incorrectly named as Bosley Medical Institute d/b/a Bosley Hair Systems), by and through their counsel, hereby request that the Court dismiss this action in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A), with each party to bear its own fees and costs in connection with this action.

DATED: _March 16_, 2017

Respectfully submitted,

DERRICK SMITH

Nathan C. Volheim
Sulaiman Law Group, Ltd.
900 Jorie Blvd., Ste. 150
Oak Brook, IL 60523
Phone (630) 575 - 8181 ext. 113
nvolheim@sulaimanlaw.com

*Attorney for Plaintiff Derrick Smith*

Respectfully submitted,

BOSLEY, INC.

Jordan P. Vick
Kristine R. Argentine
SEYFARTH SHAW LLP
233 S. Wacker Dr., Ste. 8000
Chicago, IL 60606
Phone (312) 460-5569
jvick@seyfarth.com

*Attorney for Defendant Bosley Medical
Institute d/b/a Bosley Hair Systems*

38080442v.2